UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FRED LUKPETRIS,

    Plaintiff,

Case No. 5:05-cv-181

v.

Hon. Hugh W. Brenneman, Jr.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/


**JUDGMENT ORDER**

In accordance with the Opinion filed this date:

**IT IS ORDERED** that defendant's motion for summary judgment (docket no. 19) is **GRANTED,** and judgment on the administrative record in favor of defendant is hereby entered.

**IT IS FURTHER ORDERED** that plaintiff's motion for summary judgment (docket no. 21) is **DENIED**.

**This case is concluded**.


Dated:  May 29, 2007                                      /s/ Hugh W. Brenneman, Jr.
                                                                    Hugh W. Brenneman, Jr.
                                                                    United States Magistrate Judge